UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AZAD HAJI ABDULLAH,<br><br>    Petitioner,<br><br>v.<br><br>AL RAMIREZ,<br><br>    Respondent. | Case No. 1:17-cv-00098-BLW<br>(former case no. 15-mc-08251-BLW)<br><br>**CAPITAL CASE**<br><br>**SCHEDULING ORDER FOR MERITS BRIEFING OF CLAIMS 24, 30, 38, 51, 54, and 55** |

  Previously in this matter, counsel for the parties were ordered to confer and develop a briefing schedule for the merits of Claims 24 (willfulness jury instruction), 30 (altered elements of arson), 38 (biased jurors), 51 (vote for life instruction), 54 (no Idaho death penalty in effect at time of crime), and 55 (aggravators were not charged by indictment, were not preceded by a probable cause finding, and were not supported by facts).

  The parties have submitted their stipulated briefing schedule (Dkt. 15), which the Court will adopt. The Court commends the parties for selecting a fairly aggressive briefing schedule that reflects the Court's changed policy of moving capital cases toward resolution rather than permitting them to stay in a holding pattern for decades. The Court intends to require the parties to follow the briefing schedule they selected (absent extraordinary circumstances), rather than entertain a series of requests for extensions of

time, as it has in the past, which seems to have had the unintended effect of enabling the parties to form a habit of not holding themselves to ordered deadlines.

Accordingly, **IT IS ORDERED**:

1. Petitioner's opening brief shall be due **90 days** after entry of this Order.

2. Respondent's response brief shall be due **90 days** after the opening brief is filed.

3. Petitioner's reply brief shall be due **45 days** after the response brief is filed.

DATED: January 10, 2019

B. Lynn Winmill
U.S. District Court Judge