UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AZAD HAJI ABDULLAH,<br><br>　　　　　　　Petitioner,<br><br>v.<br><br>TIM RICHARDSON, Warden of the Idaho Maximum Security Prison,<br><br>　　　　　　　Respondent. | Case No. 1:17-cv-00098-DCN<br>(former case no. 15-mc-08251-BLW)<br><br>**CAPITAL CASE**<br><br>**ORDER RE: APPOINTMENT OF LOCAL COUNSEL** |

　　　　The Court granted the change of appointed counsel request of Petitioner Azad Haji Abdullah on December 27, 2021. Dkt. 32. Because the Court is satisfied from Petitioner's filings that he is financially unable to employ counsel, he does not wish to waive counsel, and the interests of justice so require, **IT IS ORDERED** that Idaho-licensed and capital-qualified attorney Craig H. Durham is appointed local CJA counsel for Petitioner, in conjunction with the recent appointment of lead counsel from the Federal Community Defender Office for the Eastern District of Pennsylvania (FCDO). Mr. Durham shall submit his requests for attorney fees and costs to the Court via the Court's established

ORDER RE: APPOINTMENT OF LOCAL COUNSEL - 1

Criminal Justice Act procedures, using the appropriate forms.[1] The Clerk shall forward a copy of this Order to Mr. Durham at his registered ECF address.

DATED: January 27, 2022

David C. Nye
Chief U.S. District Court Judge

---

[1] *See* CJA 30 Death Penalty Proceedings standard form: Appointment of and Authority To Pay Court-Appointed Counsel (Rev. 02/12) at https://www.uscourts.gov/sites/default/files/cja30.pdf.

ORDER RE: APPOINTMENT OF LOCAL COUNSEL - 2