


LAWRENCE G. WASDEN
Attorney General
State of Idaho

MARK A. KUBINSKI
Deputy Attorney General
Chief, Criminal Law Division

L. LaMONT ANDERSON, ISB #3687
Deputy Attorney General
Chief, Capital Litigation Unit
P.O. Box 83720
Boise, Idaho 83720-0010
Telephone: (208) 334-4539
Facsimile: (208) 854-8074
E-mail: lamont.anderson@ag.idaho.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AZAD HAJI ABDULLAH, | CASE NO. 1:17-cv-00098-DCN |
| Petitioner, | |
| vs. | STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION |
| TIM RICHARDSON, Warden, Idaho Maximum Security Institution, | |
| Respondent. | |

    COME NOW, the parties, Respondent, Tim Richardson ("state"), by and through his attorney, L. LaMont Anderson, Deputy Attorney General and Chief, Capital Litigation Unit, and Azad Haji Abdullah ("Abdullah"), by and through his attorneys, Eric Montroy and Shawn Nolan, and, for the reasons stated below, do stipulate and agree that the parties'

*STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION* - 1

stipulation for "an appropriate briefing schedule for the final amended petition" (Dkt. 32, p.5) be continued to July 29, 2022.

On December 27, 2021, this Court entered an Order Re: Substitution of Counsel that also included a deadline of March 31, 2022, for the parties' attorneys to "confer and suggest to the Court by stipulation, or in separate reports if no stipulation, an appropriate briefing schedule for the final amended petition." (Dkt, 32, p.5.)  The Court also noted that Abdullah would be filing a final amended petition, and that the Court had "earlier informed the parties that they would be given an opportunity to suggest a case management plan to govern the remainder of the claims" that are not addressed by the Court's resolution of certain ~~after "the Court issues a decision denying the~~ fully-exhausted claims." (Dkt. 32, p.3.)  The parties assume the Court is referring to the five claims that have been briefed and remain pending before this Court.  (*See* Dkts. 17, 20, 26.)  Because the Court has yet to issue its opinion regarding those five claims, it would appear prudent to extend the time for the parties to suggest an appropriate case management plan that includes a briefing schedule, since the Court's decision could impact that plan and any proposed briefing schedule.

Additionally, the United States Supreme Court has yet to issue a decision in Shinn v. Rodriguez, Supreme Court #20-1009, which involves the relationship between AEDPA and Martinez v. Ryan, 566 U.S. 1 (2012).  This Court has previously granted an extension of time because of Rodriguez, extending the briefing deadlines until the Supreme Court issues its decision.  Row v. Miller, #1:98-cv-00240-BLW (Dkt. 757).  This Court has also denied discovery, based in part, upon the Supreme Court's pending decision in Rodriguez. Hall v. Davis, #1:18-cv-00218-DCN (Dkt. 56, p.5.)  The parties believe that Rodriguez

*STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION - 2*

may ~~will~~ significantly impact how this case will be litigated, including motion practice, the appropriateness and scope of an evidentiary hearing, and the length of time to complete any requisite briefing.

Finally, Abdullah will be filing a final amended petition no later than June 30, 2022, and the claims contained therein will significantly impact how the case is litigated, including any proposed briefing schedule.

Respectfully, the parties have conferred, and for the reasons stated above, hereby stipulate and agree that the deadline for a stipulation regarding an appropriate briefing schedule, or separate reports if there is no stipulation, be extended until July 29, 2022.

DATED this 30th day of March, 2022.

/s/ L. LaMont Anderson
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit


/s/ Eric J. Montroy
ERIC J. MONTROY
Federal Community Defender for the
Eastern District of Pennsylvania
Capital Habeas Unit


/s/ Shawn Nolan
SHAWN NOLAN
Federal Community Defender for the
Eastern District of Pennsylvania
Capital Habeas Unit

STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION - 3

*STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION - 4*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY That on or about the 30th day of March, 2022, I caused to be serviced a true and correct copy of the foregoing document by the method indicated below, postage prepaid where applicable, and addressed to the following:

| | | |
|---|---|---|
| Eric J. Montroy | _____ | U.S. Mail |
| Shawn Nolan | _____ | Hand Delivery |
| Federal Community Defender for the | _____ | Overnight Mail |
| Eastern District of Pennsylvania | _____ | Facsimile |
| Capital Habeas Unit | __X__ | Electronic Court Filing |
| 601 Walnut Street, Suite 545 West | | |
| Philadelphia, PA   19106 | | |
| eric_montroy@fd.org | | |
| shawn_nolan@fd.org | | |

/s/ *L. LaMont Anderson*
L. LaMONT ANDERSON
Deputy Attorney General
Chief, Capital Litigation Unit

*STIPULATION TO EXTEND TIME FOR PROPOSED BRIEFING SCHEDULE FOR THE FINAL AMENDED PETITION - 5*