Eric Montroy (PA 90949)
Shawn Nolan (PA 56535)
Federal Community Defender for the
Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
eric_montroy@fd.org
shawn_nolan@fd.org

Craig Durham (ID 6248)
Ferguson Durham PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
(208) 724-2617
chd@fergusondurham.com

Attorneys for Petitioner Azad Haji Abdullah

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AZAD HAJI ABDULLAH,<br><br>Petitioner,<br><br>v.<br><br>AL RAMIREZ,[1] Warden, Idaho Maximum Security Institution,<br><br>Respondent. | Case No. 1:17-cv-00098-DCN<br><br>**CAPITAL CASE**<br><br>PETITIONER'S PROPOSED SCHEDULING REPORT PURSUANT TO THE COURT'S DECEMBER 27, 2021 ORDER |

---

[1] Tim Richardson is the current Warden of the Idaho Maximum Security Institution. https://www.idoc.idaho.gov/content/locations/prisons/idaho_maximum_security_institution. As such, he should be substituted in as the respondent in this case. See Rule 2(a) of the Rules Governing Section 2254 Cases; Fed. R. Civ. P. 25(d).

In response to the Court's order dated December 27, 2021, Petitioner Azad Abdullah submits the following proposed briefing schedule:

**<u>Background</u>**

While represented by the Federal Defender Services of Idaho, Mr. Abdullah filed his initial federal habeas corpus petition on February 24, 2017. (ECF 1). On December 27, 2021, the Federal Community Defender Office for Eastern District of Pennsylvania was substituted for the Federal Defender Services of Idaho. (ECF 32). In the Order substituting counsel, the Court ordered the parties to confer and suggest by stipulation, or in separate reports absent an agreement, an appropriate briefing schedule for the final amended petition. (ECF 32). An amended habeas corpus petition was filed on Mr. Abdullah's behalf on June 29, 2022. (ECF 37).

Following the filing of the amended petition, the parties conferred but were unable to reach an agreement as to the appropriate way to proceed. Historically, capital habeas proceedings in this Court have generally been briefed and resolved in a bifurcated process by which procedural issues are addressed and decided separately and before the merits. *See, e.g., Row v. Miller*, 98-cv-00240 (D. Idaho) (ECF 177, 417); *Creech v. Ramirez*, 99-cv-00224 (D. Idaho) (ECF 107, 129); *Hairston v. Richardson*, 00-cv-00303 (D. Idaho) (ECF 124, 125, 131). Pursuant to the Court's March 24, 2018 Order, the merits of five exhausted claims have already been briefed in this case. Proceeding in the bifurcated fashion with respect to the remaining claims is the most efficient use of the parties' and the Court's resources. By first resolving questions of procedural default, the Court will substantially diminish the merits briefing in which the parties will have to engage, and this streamlined approach to merits briefing will assist the Court in resolving the issues. Moreover, the parties' post-default merits briefing will reflect not only an

awareness of which claims are properly before the Court, but also the scope of evidence supporting those claims.

**Proposed Briefing Schedule**

In conformity with the Court's general practice in capital habeas cases, Mr. Abdullah proposes the following briefing schedule:

Briefing on Procedural Issues

- Respondent shall file a brief raising any procedural issues within 90 days of the final resolution of Mr. Abdullah's third successive state post-conviction petition, *Abdullah v. State*, Ada County District Court, Case No. CV01-22-09520, or any appeal taken therefrom. Mr. Abdullah notes that his third successive state petition for post-conviction relief was filed on June 30, 2022 and in the wake of *Shinn v. Ramirez*, 142 S. Ct. 1718 (May 23, 2022). As set forth in the simultaneously-filed motion to stay the federal habeas proceedings and hold them in abeyance, Mr. Abdullah asks this Court to stay his federal habeas proceedings pending final resolution of that state post-conviction proceeding. Should the Court deny the motion to stay the federal habeas proceedings, Mr. Abdullah would propose that Respondent's brief on procedural issues be due within 90 days of the Idaho Supreme Court's resolution of the appeal from the denial of Mr. Abdullah's second successive state petition for post-conviction relief. *Abdullah v. State*, Case No. 48677-2021 (Idaho). Because further actions of the state courts will affect the procedural soundness of numerous claims that Mr. Abdullah brings in this Court, the ability of Mr. Abdullah to seek discovery and an evidentiary hearing on some of his habeas claims, and the Court's consideration of the merits in light of state-court merits rulings (*see* 28 U.S.C. §

2254(d)), it would be inefficient for the parties to brief questions of default and the merits until the state court proceedings have run their course.

- Petitioner's brief on procedural issues shall be filed within 90 days of receiving the Respondent's brief.
- Respondent's reply on procedural issues, if necessary, shall be filed within 45 days of receiving Petitioner's responsive brief.
- Petitioner may file a motion for discovery and/or requesting an evidentiary hearing related to any claims within 60 days of receiving the Respondent's procedural brief.
- Respondent shall file a brief in response to the motion for discovery and/or a hearing within 20 days of receiving the motion.
- Petitioner shall file a reply brief, if necessary, to Respondent's response to the motion for discovery and/or a hearing within 14 days of receiving the response.
- The Court will thereafter issue a memorandum decision and order resolving the procedural issues raised by the parties.

Merits Briefing

- Petitioner's brief on the merits shall be filed within 90 days of a decision by this Court resolving the procedural issues raised in the first round of briefing.
- Respondent's brief in response shall be filed within 90 days of receiving Petitioner's brief.
- Petitioner's reply, if necessary, shall be filed within 45 days of receiving Petitioner's responsive brief.

Respectfully submitted,

/s/ *Eric J. Montroy*
ERIC J. MONTROY (PA 90949)
SHAWN NOLAN (PA 56535)
Federal Community Defender for the
Eastern District of Pennsylvania
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
eric_montroy@fd.org
shawn_nolan@fd.org

Craig Durham (ID 6248)
Ferguson Durham PLLC
223 N. 6th Street, Suite 325
Boise, ID 83702
(208) 724-2617
chd@fergusondurham.com

Dated: July 29, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of July 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

L. LaMont Anderson
lamont.anderson@ag.idaho.gov

/s/ *Eric J. Montroy*
Eric J. Montroy
